## ORDER

The petitioner having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**David L. ODOM, Petitioner,**

v.

**OFFICE OF PERSONNEL MANAGEMENT,**
**Respondent.**

No. 05–3214.

United States Court of Appeals, Federal Circuit.

Sept. 28, 2005.

David L. Odom, pro se.

## ORDER

The petitioner having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**Robert F. STONE, Petitioner,**

v.

**DEPARTMENT OF LABOR,**
**Respondent.**

No. 05–3259.

United States Court of Appeals, Federal Circuit.

Sept. 28, 2005.

Robert F. Stone, pro se.

## *ORDER*

Robert F. Stone moves without opposition to withdraw his petition for review. The court treats this as a motion pursuant to Fed. R.App. P. 42(b).

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The appeal is dismissed.

(2) Each side shall bear its own costs.